## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| ELAINE WANG, | ) |
|        Plaintiff, | ) ) ) |
| | ) Case No. 1:20-cv-01175-CFC |
| v. | ) ) |
| MOMENTA PHARMACEUTICALS, INC., JANE F. BARLOW, BRUCE DOWNEY, GEORGES GEMAYEL, STEVEN C. GILMAN, DONNA ROY GROGAN, JOSE-CARLOS GUTIERREZ-RAMOS, ELIZABETH STONER, and CRAIG A. WHEELER, | ) ) ) ) ) ) ) ) |
|        Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: October 19, 2020

**OF COUNSEL:**

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Gloria Kui Melwani
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
Email: melwani@whafh.com

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*